# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | **CRIMINAL ACTION NO. 18-CR-240-2** |
| | : | |
| **BRIDGETTE GREEN** | : | |

## ORDER

**AND NOW**, this   14th   day of April, 2020, it is **ORDERED** that the United States Attorney's Office for the Eastern District of Pennsylvania shall file a response to the Motion for Reduction of Sentence pursuant to 18USC3582(c)(1)(A) within seven (7) days of the date of this order.

                                                         **BY THE COURT:**

                                                         */s/ Michael M. Baylson*

                                                         _____
                                                         **MICHAEL M. BAYLSON, J.**

**o:\janice\orders\18-240-2 order response.docx**