IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 18-240-02 |
| : | |
| BRIDGETTE GREEN : | |

## O R D E R

AND NOW, this 21st day of April, 2020, upon consideration of the Government's Motion for Extension of Time to File an Answer to Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), it is hereby ORDERED that the government's motion is GRANTED, and the government shall file its response by May 4, 2020.

BY THE COURT:

/s/ Michael M. Baylson

HONORABLE MICHAEL M. BAYLSON
*Judge, United States District Court*