UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18-cr-240-MMB-2 |
| ) | |
| BRIDGETTE GREEN, ) | |
| ) | |
| Defendant. ) | |

**RESPONSE TO COURT ORDER DATED MAY 6, 2020**

Bridgette Green ("Green"), by and through the undersigned counsel, respectfully submits the below letter to the Court in response to the Court's Order dated May 6, 2020 (DE 58):

To the Honorable Judge Baylson:

Thank you for considering my request for compassionate release. If I am granted compassionate release and/or home confinement, I will be returning to my grandparents' home. I have a room there equipped with a bed to accommodate my lung disease as I am currently in a hospital bed while at Carswell, and once my grandparents were made aware of my needs they purchased an adjustable bed.

Also, I will be able to get my every three-week infusion in my home as I have been doing for over the past 10 years. I have medication at home as my insurance provider sent a supply prior to me self reporting to prison and the medication is good for one year as long as it is refrigerated. Moreover, my grandparents will be providing me with health insurance until I am able to return to work at the City of Philadelphia. As for my employment with Temple University, I will work for the university as an online professor while on home confinement or supervised release. My sister and my grandparents will transport me to all medical appointments and assist with activities for daily living. I will continue to receive medical care by my neurologist, Dr. David Tabby, as well as my treatment team at Johns Hopkins and Thomas Jefferson Hospital. Dr. Tabby is willing to see me as soon as I am released and my sister is working on scheduling all other needed

medical appointments once my release date is known. Lastly, I will be able to self-quarantine at my grandparents' if I am granted compassionate release.

I hope these plans are suitable to the Court and again thank you for considering my request.

Warmest Regards,

Bridgette Green


                Respectfully submitted,

                /s/ Jeremy Gordon
                Jeremy Gordon
                Jeremy Gordon, PLLC
                1848 Lone Star Road, Suite 106
                Mansfield, TX 76063
                Tel: 972-483-4865
                Fax: 972-584-9230
                Email: Jeremy@gordondefense.com
                TX Bar No. 24049810

                *Counsel Pro Hac Vice for Green*


                /s/ Brian J. Zeiger
                Levin & Zeiger LLP
                Two Penn Center Suite 620
                1500 John F. Kennedy Blvd.
                Philadelphia, PA 19102
                Tel: 215-825-5183
                Fax: 215-279-8702
                Email: zeiger@levinzeiger.com

                *Local Counsel for Green*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served on all counsel of record via the Court's CM/ECF system this 8th day of May 2020.

<u>/s/ Jeremy Gordon</u>