

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

| | |
|---|---|
| *Laurie Magid* | *615 Chestnut Street* |
| *Direct Dial: (215) 861-8513* | *Suite 1250* |
| *Facsimile: (215) 861- 8618* | *Philadelphia, Pennsylvania 19106-4476* |
| *E-mail Address: laurie.magid@usdoj.gov* | (215) 861-8200 |

May 13, 2020

**VIA ELECTRONIC FILING**

Honorable Michael M. Baylson
United States District Court
3810 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1766

      *Re: United States v. Bridgette Green (18-240)*

Dear Judge Baylson:

      The government submits this letter in response to the Court's order of May 6, 2020, to provide information relevant to Bridgette Green's motion to have her sentence reduced and to be placed on home confinement.

      Green has served approximately eight months and five days, or 34%, of her sentence of 24 months of imprisonment. She has been designated to the Federal Medical Center at Carswell because of her medical issues.

      The government did convey to the Bureau of Prisons (BOP) the Court's request that the BOP take action to resolve her request. The government can report that the BOP has been working diligently to determine if it is appropriate to place Green on home confinement. As of yesterday, the government's understanding was that the Carswell facility had found that she is eligible for home confinement, and the Residential Reentry Management (RRM) Center in the Eastern District of Pennsylvania was determining whether Green has a suitable place to live where she will have the ability to obtain the medical care, particularly the monthly infusions, that she needs. The government hopes that the RRM will resolve this issue very soon.

      The government would be happy to provide any additional information that would be useful to the Court.

                                                Sincerely yours,

                                                WILLIAM M. MCSWAIN
                                                United States Attorney

                                                /s *Laurie Magid*_____
                                                LAURIE MAGID
                                                Assistant United States Attorney

Cc: Counsel of Record (via ECF)