# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **BRIDGETTE GREEN** | **CRIMINAL ACTION** <br><br> **NO. 18-240-2** |

### SUPPLEMENTAL ORDER RE: HOME CONFINEMENT

**AND NOW**, this 15th day of June, 2020, **IT IS ORDERED** that Paragraph #9 of the prior order dated May 26, 2020 allowing release from custody is amended to require home confinement only for the first thirty (30) days of supervised release.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____
**Michael M. Baylson, U.S.D.J.**

O:\ORDERS\18-240-2 amended release order.doc